No. 8,231.   STATE ex Rel. W. A. BROWN, State Examiner,
Relator, v. INTERMOUNTAIN REALTY CO. et al.,
Respondents.

Decided June 10, 1941.

PER CURIAM.—The petition of relator W. A. Brown, State Examiner and ex officio Superintendent of Banks, for an alternative writ of mandate to compel the Intermountain Realty Company, a corporation, to deliver to relator all its books, papers and accounts for purposes of examination, is after due

consideration denied, no circumstances being shown sufficient to justify this court's accepting original jurisdiction.

*Mr. John W. Bonner,* Attorney General, *Mr. Howard M. Gullickson,* First Assistant Attorney General, and *Mr. William H. Clarke,* Attorney for the State Banking Department.